UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGUEI FEDOROVICH KIM,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DAVID STILL, et al.,<br><br>　　　　　Defendants.<br>_____/ | No. C 07-1953 WDB<br><br>ORDER TRANSFERRING CASE TO SAN JOSE DIVISION OF THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO CIVIL LOCAL RULE 3-2(f) |

TO ALL PARTIES AND COUNSEL OF RECORD:

　　Because Plaintiff is a resident of Mountain View and his complaint appears to have arisen from events that occurred within San Jose , the Court finds that this action arose within Santa Clara County for the purposes of Civil Local Rule 3-2(e).  Accordingly, pursuant to Civil Local Rule 3-2(f), the Court hereby ORDERS that this case be transferred to the San Jose Division of the Northern District of California.

　　The **CASE MANAGEMENT CONFERENCE** previously scheduled for July 10, 2007, at  4:00 p.m. will **NOT** be held.

　　Plaintiff's counsel is hereby ordered to serve a copy of this order on all parties.

IT IS SO ORDERED.

Dated:   April 10, 2007

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　WAYNE D. BRAZIL
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Copies to:
Plaintiff with direction to serve all parties, WDB.

1