1

2

3                                                   **\*E-FILED 4/16/07\***

4

5

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11   SERGUEI FEDOROVICH KIM,                No. C 07-01953 RS

12            Plaintiff,

13   v.                                **ORDER TO SHOW CAUSE**

14   DAVID STILL, et al.

15

16            Defendants.
                                               /

17       On March 26, 2007 plaintiff Serguei Fedorovich Kim, appearing through counsel, filed a

18 "Complaint for Declaratory Judgment of Naturalization under 8 U.S.C. § 1447(b) and 1421(c) and

19 Writ of Mandamus" against David Still, District Director of U.S. Citizenship & Immigration

20 Services, and other government officials in their official capacities. Plaintiff alleges Defendants

21 have failed to process his application for naturalization in a timely manner, apparently as a result of

22 delays in obtaining a completed background check clearance from the Federal Bureau of

23 Investigation. Plaintiff asserts that Defendants have violated 8 U.S.C. § 1447(b), which provides:

24                 If there is a failure to make a determination under section 1446 of this
title before the end of the 120-day period after the date on which the

25                 examination is conducted under such section, the applicant may apply
to the United States district court for the district in which the applicant

26                 resides for a hearing on the matter. Such court has jurisdiction over the
matter and may either determine the matter or remand the matter, with

27                 appropriate instructions, to the Service to determine the matter.

28

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

1    Plaintiff requests that this Court assume jurisdiction and act on his naturalization application.

2    Good cause appearing therefor,

3    IT IS HEREBY ORDERED as follows:

4    (1)    The Clerk of the Court shall serve a copy of the complaint and a copy of this Order

5    upon counsel for Defendants, the Office of the United States Attorney.  The Clerk of the Court also

6    shall serve a copy of this Order upon Plaintiff.

7    (2)    Defendants shall, within sixty (60) days after receiving service of the complaint, file

8    and serve upon Plaintiff an answer, showing cause why the relief prayed for should not be granted.

9    At the time the answer is filed, Defendants shall lodge with the Court all records relevant to a

10    determination of the issues presented by the complaint.  If Defendants contend that Plaintiff has

11    failed to exhaust administrative remedies as to any ground for relief asserted in the complaint,

12    Defendants shall specify what administrative remedy remains available to Plaintiff.  If Defendants

13    waive or concede the issue of exhaustion, Defendants shall so state in their answer.

14    (3)    Plaintiff may file a response to the matters raised in the answer within twenty (20)

15    days after receiving the answer.

16    (4)    Unless otherwise ordered by the Court, the matter will be deemed submitted upon the

17    filing of the response or upon the expiration of time to file a response.

18    (5)    No later than the time their respective responses hereunder are due, the parties shall

19    make their determination regarding the issue of consent to the jurisdiction of the Magistrate Judge

20    and file the appropriate form.  In the event any party declines to consent to the jurisdiction of the

21    Magistrate Judge, this action will be reassigned to a District Judge for further proceedings.

22    (6)    The Order Setting Initial Case Management Conference and ADR deadlines entered

23    on April 6, 2007, in this action is hereby VACATED.

24    IT IS SO ORDERED.

25    Dated: April 16, 2007

26    _____

27    RICHARD SEEBORG
      United States Magistrate Judge

28
                                    2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Martin J. Lawler    mlawler@aboutvisas.com, mbayley@aboutvisas.com; ; hopefrye@comcast.net

Dated: April 16, 2007

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28