| | |
|---|---|
| 1  SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney<br>2  JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney<br>3  Chief, Civil Division<br>EDWARD OLSEN, CSBN 214150<br>4  Assistant United States Attorney | *E-FILED 6/13/07* |

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927

8  Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SERGUEI FEDOROVICH KIM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID STILL, District Director, U.S.<br>Citizenship and Immigration Services;<br>DR. EMILIO T. GONZALEZ, Director,<br>U.S. Citizenship and Immigration Services;<br>ALBERTO GONZALES, Attorney General,<br>U.S. Department of Justice;<br>ROBERT S. MUELLER, Director,<br>Federal Bureau of Investigations,<br><br>　　　　Defendants. | No. C 07-1953 RS<br><br>**STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

///

Stip. to Dismiss
C07-1953 RS                                         1

1  Date: June 5, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

*[signature]*

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: June 5, 2007

*[signature]*

MARTIN J. LAWLER
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: June 13, 2007

*[signature]*

RICHARD SEEBORG
United States Magistrate Judge